**U. S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**CHAPTER 13**

**In re EDDIE FOSTER, DEBTOR**                                   **CASE NO. 18-11910-SDM**

## MOTION TO MODIFY PLAN

DEBTOR moves this Court to modify his plan as follows, for these reasons:

1.    On Saturday April 20, 2019, Debtor's 2008 Infinity G35 caught fire and burned. Debtor's vehicle was totaled by the insurance company.

2.    Insurance will pay $4094.50 to WWC Finance. Debtor asks that any deficiency claim be treated as unsecured, and to pay WWC Finance nothing more on its secured claim.

3.    Debtor asks, for the Trustee to reduce his plan payment accordingly and to issue a new wage withholding Order.

WHEREFORE Debtor prays that the Court modify his Plan as set forth above.

This the 6th day of June, 2019.

                                        **Eddie Foster**, Debtor


                                        By:   /s/   Chris Powell
                                                Chris Powell, MBN 100675
                                                Chris Powell Attorney at Law, PLLC
                                                P.O. Box 1263
                                                Cleveland, MS 38732
                                                Phone: (662) 846-6564
                                                Fax:    (662) 846-6565
                                                Attorney for Debtor